FILED
CLERK, U.S. DISTRICT COURT
FEB - 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SERGIO SANCHEZ MORFIN,<br>Petitioner,<br>v.<br>LINDA SANDERS,<br>Respondent. | Case No. CV 10-02506 SVW (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has conducted its de novo review of the entire file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto. IT IS ORDERED that:

1. The Objections are overruled and the R&R is approved and adopted.

2. Respondent's motion to dismiss the petition is granted and the petition is denied and dismissed with prejudice.

3. Judgment shall be entered dismissing this action with prejudice.

4. Any and all pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: February 2, 2011

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE