FILED
CLERK, U.S. DISTRICT COURT
FEB - 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SERGIO SANCHEZ MORFIN, | Case No. CV 10-02506 SVW (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| LINDA SANDERS, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: February 2, 2011

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB - 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY